

Signed: December 15, 2009

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

Prober & Raphael, A Law Corporation
Dean Prober, Esquire, #106207
Lee S. Raphael, Esquire, #180030
Cassandra J. Richey, Esquire #155721
David F. Makkabi, Esquire #249825
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
F.040-892
Attorneys for Secured Creditor U.S. Bank, NA,
Successor in interest to the FDIC as receiver for
Downey Savings and Loan Association, FA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 09-13012 |
| ETELVINA GARCIA, | CHAPTER 7 |
| Debtor. | R.S. No. DRP – 605 |
| _____/ | ORDER FOR RELIEF FROM AUTOMATIC STAY |
| | Hearing- |
| | Date : November 25, 2009 |
| | Time : 9:00 AM |
| | Place : U.S. Bankruptcy Court |
| | 99 South E Street |
| | Santa Rosa, California |
| _____/ | Courtroom (bkcy) |

      The Motion for Relief from Automatic Stay of U.S. Bank, NA, Successor in interest to the FDIC as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in interest, came on for hearing on November 25, 2009 at 9:00 AM, before the Honorable Alan Jaroslovsky. Appearances are as set forth in the Court's docket.

      The Court after reviewing the pleadings and records, and after determining that GOOD CAUSE exists, makes the following Order:

1

|     |                                                                                                   |
| --- | ------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                   |
| 2   | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that effective                                         |
| 3   | December 14, 2009, the Automatic Stay in the above-entitled Bankruptcy proceeding is immediately  |
| 4   | vacated and extinguished for all purposes as to U.S. Bank, NA, Successor in interest to the FDIC  |
| 5   | as receiver for Downey Savings and Loan Association, FA, its assignees and/or successors in      |
| 6   | interest ("Secured Creditor" herein), and Secured Creditor, its assignees and/or successors in interest |
| 7   | may proceed with foreclosure of the subject Property generally described as **1365 South Wright** |
| 8   | **Road, Santa Rosa, California** pursuant to applicable statutory law, and thereafter commence any |
| 9   | action necessary to obtain complete possession thereof.                                           |
| 10  | IT IS FURTHER ORDERED that effective December 14, 2009, entry of this order                       |
| 11  | shall be deemed to constitute relief from the automatic stay as to any interest the Chapter 7 Trustee |
| 12  | may have in the subject Property.                                                                 |
| 13  | IT IS FURTHER ORDERED that the Automatic Stay is terminated effective                             |
| 14  | December 14, 2009 as to the Debtor, Etelvina Garcia, which is the presumed date of the Debtor's   |
| 15  | Discharge.                                                                                        |
| 16  |                                                                                                   |
| 17  | ** END OF ORDER**                                                                                 |